FILED
08 MAR -5 PM 3: 17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 0642 JLS |
| Plaintiff, ) | |
| ) | INDICTMENT |
| v. ) | Title 21, U.S.C., Secs. 952 and |
| ) | 960 - Importation of |
| JOSE BLANCO-ULLOA, ) | Methamphetamine; Title 21, U.S.C., |
| ) | Sec. 841(a)(1) - Possession of |
| Defendant. ) | Methamphetamine with Intent to |
| ) | Distribute |

The grand jury charges:

Count 1

On or about February 6, 2008, within the Southern District of California, defendant JOSE BLANCO-ULLOA did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.50 kilograms (24.31 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:fer:San Diego
2/29/08

<u>Count 2</u>

On or about February 6, 2008, within the Southern District of California, defendant JOSE BLANCO-ULLOA did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 11.50 kilograms (24.31 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 5, 2008.

A TRUE BILL:

*(signature)*

Foreperson

KAREN P. HEWITT
United States Attorney

By: *(signature)*

CARLA J. BRESSLER
Assistant U.S. Attorney